WILLIAM DENNISON *vs.* PERKINS *et a.*

In actions of trespass *quare clausum fregit* commenced in this court previously to the statute of June 30, 1825, if the title to real estate was not in question, and the plaintiff recover less than forty shillings damages, he will be limited in his costs to the amount of his damages.

This was an action of trespass *quare clausum fregit*, commenced in this court and tried here, upon the general issue, at this term, and a verdict returned for the plaintiff, with $2 33 damages ; and the title of real estate was not in question.

The defendants moved the court to limit the costs, because the damages assessed by the jury did not amount to forty shillings ;

To which the plaintiff answered, that this suit was commenced before the passing of the statute of June 30, 1825, and was not therefore within the provisions of that act ; and that the statute of June 16, 1791, was repealed by that of June 30, 1825 ; so that there was no act in force, authorizing the court to limit the costs. 1 *N. H. Laws*, 166.—3 *N. H. Laws*, 65.

*Stuart*, for the plaintiff.

*Williams*, for the defendant.

*By the court.* We shall not stop to inquire, whether the costs, in suits pending when the statute of June 30, 1825, was passed, can be limited under that statute ; because the statute of June 29, 1819, ( 2 *N. H. Laws* 99,) gives us, in all actions, " authority to limit and allow such bills of costs, as " law and justice shall require ;" and having no doubt, that the statute of June 16, 1791, was inadvertently repealed,

without any saving clause as to actions pending, when the repealing act passed, we shall take the principle of the statute of 1791 as the guide of our discretion, under the act of 1819, and shall limit the costs to the amount of the damages assessed by the jury.

*Costs limited.*